Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
11332 Mountain View Ave., Suite C
Loma Linda, California 92354
Telephone: (909) 796-4560
Facsimile:  (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBIN C. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  EDCV 07-1135 JC <br><br> [PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  _August 4, 2008__

_____/s/_____
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE